OPINION — AG — ** DEPARTMENT OF CORRECTIONS — SUSPENDED MISDEMEANANTS ** UNDER THE TERMS OF 22 O.S. 991 [22-991](A), THE DIVISION OF PROBATION AND PAROLE HAS THE AUTHORITY AND THE DUTY TO SUPERVISE CASES INVOLVING CONVICTIONS OF MISDEMEANORS WHERE A SUSPENSION AND/OR PROBATION IS GRANTED. (PAROLE, CONVICTION, FINE, SUSPENDED SENTENCES) CITE: 22 O.S. 991 [22-991](A), 57 O.S. 514 [57-514] (CHARLES L. OWENS)